UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BERINZON MORONTA,

                        Petitioner,

    -against-                                      21 **CIVIL** 4249 (NSR)(JCM)

## **JUDGMENT**

JOHN RICH, SUPERINTENDENT OF ELMIRA
CORRECTIONAL FACILITY,

                        Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated March 8, 2023, the Court has adopted the R&R in its entirety. Petitioner's petition is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      March 9, 2023

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                        **Clerk of Court**

                                  **BY:**     K. Mango

                                                        _____
                                                        **Deputy Clerk**